UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANTHONY NORTHINGTON,

Supervisee.

No. 11 Cr. 678 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On January 25, 2021, the Court issued a summons for Supervisee Northington to appear before the Court at 10:00 a.m. on February 9, 2021, to address the specifications of Mr. Northington's alleged violation of supervised release, as indicated in U.S. Probation's report and judicial response dated January 25, 2021.  In order to accommodate the probation officer's schedule, IT IS HEREBY ORDERED THAT the parties shall appear before the Court at 10:30 a.m. on Tuesday, February 9, 2021.  Mr. Northington shall submit a letter to the Court no later than Monday, February 1, 2021, stating whether he intends to appear in person or whether, in light of the ongoing COVID-19 pandemic, he would prefer for the conference to be held remotely via ZoomGov videoconference.

In addition, defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceeding with Mr. Northington prior to the conference.  If Mr. Northington consents, and is able to sign the form (either personally or, in accordance with Standing Order M10-468, 20-mc-174 (CM) (S.D.N.Y. Mar. 27, 2020), by defense counsel), defense counsel shall provide the Court with the executed form at least 24 hours prior to the proceeding.  In the event Mr. Northington consents, but counsel is unable to obtain or affix Mr. Northington's signature on the

form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add Mr. Northington's signature to the form.

SO ORDERED.

Dated:   January 28, 2021
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

ANTHONY NORTHINGTON,
                Supervisee.
-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

11-cr-678 (RJS)

___     Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:          _____
                     Signature of Defendant

                     _____
                     Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:          _____
                     Signature of Defense Counsel

                     _____
                     Print Name

**Accepted:**   _____
                     Signature of Judge
                     Hon. Richard J. Sullivan
                     UNITED STATES CIRCUIT JUDGE
                     Sitting by Designation

                     Date: