UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANTHONY NORTHINGTON,

          Supervisee.

No. 11-cr-678 (RJS)
<u>ORDER</u>

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of defense counsel's letter, dated February 1, 2021, and signed Waiver of Presence Form indicating that Supervisee Northington wishes to proceed remotely in this matter.  Accordingly, IT IS HEREBY ORDERED that the conference on Supervisee Northington's alleged violations of supervised release will take place on Wednesday, February 9, 2021 at 10:30 a.m. E.T. via Zoomgov videoconference.  Chambers will email the parties directly in due course with further instructions for accessing the videoconference.  Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:  February 2, 2021
     New York, New York

                             RICHARD J. SULLIVAN
                             UNITED STATES CIRCUIT JUDGE
                             Sitting by Designation