# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 1, 2021

**BY EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
Second Circuit Court of Appeals
40 Foley Square
NY, NY 10007

**RE:** **United States v. Anthony Northington**, 11 Cr. 678 (RJS)

Dear Judge Sullivan:

    I write in response to the Court's order, dated January 28, 2021, and to inform that Court that the defense will appear virtually for the conference on February 9, 2021, in light of the ongoing COVID-19 pandemic. Enclosed please find a copy of a Waiver of the Right to Be Present form that I have signed on behalf of myself and Mr. Northington, in accordance with Standing Order M10-468, 20-mc-174 (CM).

                              Respectfully Submitted,

                                /s/
                              Peggy Cross-Goldenberg
                              Assistant Federal Defender
                              646-588-8323

Encs.:/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

ANTHONY NORTHINGTON,
                Supervisee.
-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

11-cr-678 (RJS)

__X_    Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:   2/1/21      _____/s/ (by counsel)_____
                                Signature of Defendant

                              _Anthony Northington_____
                              Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:2/1/21      _____/s/_____
                             Signature of Defense Counsel

                             _Peggy Cross-Goldenberg _____
                             Print Name

**Accepted:**    _____
                        Signature of Judge
                        Hon. Richard J. Sullivan
                        UNITED STATES CIRCUIT
                        JUDGE Sitting by Designation

                        Date: 2/9/21