UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ANTHONY NORTHINGTON,<br><br>Supervisee. | No. 11-cr-678 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of defense counsel's status update dated April 5, 2021 indicating that Mr. Northington consents to proceeding remotely in the upcoming status conference. (Doc. No. 27). Accordingly, IT IS HEREBY ORDERED that the status conference scheduled for Monday, April 12, 2021 at 3:00 p.m. will take place via ZoomGov videoconference. Chambers will email the parties directly in due course with further instructions for accessing the videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    April 7, 2021
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation