UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANTHONY NORTHINGTON,

          Supervisee.

No. 11-cr-678 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a Status Report from the Probation Department, dated April 21, 2021, which was ordered by the Court at the April 12, 2021 conference in this matter. The Probation Department has confirmed that the government and counsel for Northington have been provided with that Status Report. In light of the representations in that report, IT IS HEREBY ORDERED that Northington's counsel shall submit a letter to the Court no later than Friday, April 23, 2021 explaining Northington's refusal to allow communication between his mental health and anger management treatment providers to facilitate a conversation with Probation regarding treatment options. In that letter, Northington's counsel shall also provide an update regarding whether the parties plan to move forward with a hearing on the two contested violations of supervised release.

      Notwithstanding this letter update, Northington, his counsel, counsel for the government, and a representative from the Probation Department are still directed to appear for a status conference in this matter on Monday, April 26, 2021 at 2:00 p.m. in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:     April 21, 2021
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation