UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANTHONY NORTHINGTON,

        Supervisee.

No. 11-cr-678 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a Status Report from the Probation Department, dated May 24, 2021. In light of that report, IT IS HEREBY ORDERED that the parties shall appear before the Court at 11:00 a.m. on Wednesday, June 2, 2021 for a conference in this matter. Mr. Northington shall submit a letter to the Court no later than Friday, May 28, 2021, stating whether he intends to appear in person or remotely via ZoomGov videoconference. If the latter, Mr. Northington's counsel of record, Ms. Cross-Goldenberg, shall discuss with Northington the attached Waiver of Right to be Physically Present at a Criminal Proceeding form, which shall then be executed and return to the Court. The Court will then issue further instructions concerning the requested videoconference. Members of the public may monitor the proceedings via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    May 26, 2021
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation