UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANTHONY NORTHINGTON,

          Supervisee.

No. 11-cr-678 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

        With the consent of the parties, IT IS HEREBY ORDERED THAT the conference scheduled for June 2, 2021 at 11:00 a.m. will take place in Courtroom 15A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceedings via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    June 1, 2021
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation